# UNITED STATES DISTRICT COURT
for the

District of Alaska

| | |
|---|---|
| United States of America<br>v.<br>Kyin Andre SUMPTER-BOYD<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:20-MJ-590-MMS<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _See Attached Affidavit_ in the county of _____ in the _____ District of _Alaska_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon knowingly possessing a firearm |
| 18 U.S.C. § 922(g)(1) | Felon knowingly possessing ammunition |

This criminal complaint is based on these facts:

Listed in the affidavit of R. Allen Adair hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Task Force Officer R. Allen Adair
*Printed name and title*

Sworn telephonically and signed digitally.

Date: December 15, 2020

*Judge's signature*

City and state: Anchorage, Alaska    Matthew M. Scoble, US Magistrate Judge
*Printed name and title*